RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Terry Luna

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERRY LUNA, <br><br> Defendant. | Case No. 2:19-cr-045-RFB-NJK <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Terry Luna, that the Sentencing Hearing currently scheduled on September 3, 2019 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has reviewed the PSR with Mr. Luna. However, she requires additional time to more thoroughly review the PSR with Mr. Luna. Additionally, defense counsel needs to meet with Mr. Luna to advise him about the government's informal objections.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of August, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-045-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| TERRY LUNA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, September 3, 2019 at 2:00 p.m., be vacated and continued to ___October 3, 2019___ at the hour of __2:00__ _p_.m.; or to a time and date convenient to the court.

DATED this __26th__ day of August, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE