RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Terry Luna

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-045-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| TERRY LUNA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel Evan Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Terry Luna, that the Sentencing Hearing currently scheduled on October 3, 2019 at 2:00 p.m., be vacated and scheduled no earlier than December 2, 2019.

This Stipulation is entered into for the following reasons:

1. Mr. Luna has a pending related state case (arising from the same stop which lead to the instant case) that is currently scheduled for a status check on the filing of a complaint on November 25, 2019. He wishes to await the outcome of that hearing in hopes of avoiding any

detainers which may negatively impact any custodial sentence he ends up serving at the Bureau of Prisons.

2. Additionally, defense counsel requires time to file a response to the Government's Sentencing Memorandum (ECF No. 31).

3. Government and defense counsel will both be out of the jurisdiction the week of November 25-29th.

4. The defendant is in custody and does not oppose a continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 1st day of October, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel Evan Clarkson*<br>By_____<br>DANIEL EVAN CLARKSON<br>Assistant United States Attorney |

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-045-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| TERRY LUNA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, October 3, 2019 at 2:00 p.m., be vacated and continued to December 3, 2019 at the hour of __2:30__ __p.m.; or to a time and date convenient to the court.

DATED this __1st__ day of October, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE