RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Terry Luna

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-045-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| TERRY LUNA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel Evan Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Terry Luna, that the Sentencing Hearing currently scheduled on December 3, 2019 at 1:45 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Luna has notified defense counsel that he has some additional questions before he proceeds with sentencing tomorrow. Defense counsel is not able to go out to see him until next week.

2. Additionally, he would like additional time to gather some mitigation documents from his caseworker.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED this 2nd day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Raquel Lazo*<br>RAQUEL LAZO<br>Assistant Federal Public Defender | By */s/ Daniel Evan Clarkson*<br>DANIEL EVAN CLARKSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TERRY LUNA,<br><br>  Defendant. | Case No. 2:19-cr-045-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, December 3, 2019 at 1:45 p.m., be vacated and continued to  January 8, 2020  at the hour of  1:30   p .m.; or to a time and date convenient to the court.

DATED this  2nd  day of December, 2019.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE