RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Terry Luna

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>TERRY LUNA,<br><br>           Defendant. | Case No. 2:19-CR-045-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Terry Luna, that the Revocation Hearing currently scheduled on November 4, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel has come to a resolution to recommend the defendant remain in custody for three months with no additional supervision to follow and will defer to the Court to consider time-served.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 3rd day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | */s/ Daniel Clarkson*<br>By_____<br>DANIEL CLARKSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY LUNA,<br><br>Defendant. | Case No. 2:19-CR-045-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 4, 2021 at 9:00 a.m., be vacated and continued to December 9, 2021 at the hour of 10 : 00 a.m.; or to a time and date convenient to the court.

DATED this 3rd day of November, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE